# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FERNANDO C., | Case No. 26-cv-01235 (LMP/JFD) |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| PAMELA BONDI et al., | |
| Defendant. | |

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: February 9, 2026

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge