# UNITED STATES DISTRICT COURT
## District of Minnesota

Fernando Choc Caal,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons and David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1235 LMP/SGE

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Fernando C. C.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

a. The Court **DECLARES** that Fernando C. C. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.

b. The Government is **ORDERED** to provide Fernando C. C. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of his release no later than Friday, February 20, 2026.

c. If the Government does not provide Fernando C. C. with a bond redetermination hearing by February 20, 2026, as required by this Order, the Government is **ORDERED** to release Fernando C. C. from detention immediately.

d. No later than February 23, 2026, the Government is **ORDERED** to provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Fernando C. C.'s release.

Date: 2/17/2026

KATE M. FOGARTY, CLERK